AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  RICE, WALTER H | 2. Court or Organization  U. S. DISTRICT COURT, SD OHIO | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  UNITED STATES DISTRICT COURT  200 WEST SECOND ST., ROOM 909  DAYTON, OH 45402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SEE PART VIII, PAGE 5 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 P 12: 52 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, WALTER H | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | CITY OF VANDALIA - (salary as Magistrate/Referee) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, WALTER H | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, WALTER H | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth-Third Bank, Dayton, OH fka PNC Bank (savings account) | A | Interest | L | T | | | | | |
| 2. Society National Bank, nka KeyBank, Dayton - checking acct) | A | Interest | J | T | | | | | |
| 3. Allergen - common stock | A | Dividend | J | T | | | | | |
| 4. Beckman Instrument - common stock | A | Dividend | J | T | | | | | |
| 5. Everen Securities, fka Kemper/Selected Funds | A | Dividend | J | T | | | | | |
| 6. Fifth-Third Bank, fka PNC Bank, Dayton (checking acct) | A | Interest | J | T | | | | | |
| 7. Integra Financial | A | Dividend | J | T | | | | | |
| 8. International Paper | A | Dividend | K | T | | | | | |
| 9. SmithKline Beecham - preferred stock | A | Dividend | J | T | | | | | |
| 10. Microenergy Corp. | | n/a | J | T | | | | | |
| 11. Fifth-Third Bank, Dayton (interest bearing checking account) | A | Interest | K | T | | | | | |
| 12. Fifth-Third Bank, Dayton (interest bearing savings account) | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RICE, WALTER H | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS:

BOARD OF TRUSTEES ----- ISUS, INC. ----- a charter school which is partially funded by the State of Ohio.

BOARD OF TRUSTEES ----- BOYS AND GIRLS CLUB OF DAYTON, OHIO

FORMER AND CURRENT MEMBER, BOARD OF DIRECTORS, "BUILDING BRIDGES" --- an adjunct to Juvenile Probation Department, concentrating on work therapy for hard-core juvenile offenders.

FOUNDING TRUSTEE ----- AVIATION HERITAGE FOUNDATION, INC. ----- an organization formed to administer the National Aviation Heritage Area, which pulls together all of the aviation heritage sites and activities in an eight to ten county area, in order to guarantee that the Dayton area will forever be considered not only the Birthplace of Aviation, but also where the aviation industry was founded and where, even today, it serves to provide the cutting edge of aviation technology.

TRUSTEE ----- WRIGHT DUNBAR, INC. ----- an organization dedicated to restoring the Third Street commercial corridor running the length of the Wright-Dunbar Neighborhood, the site of the Dayton Aviation National Historical Park and the early 20th century homes of the Wright brothers and Paul Laurence Dunbar.

BOARD OF ADVISORS ----- THE UNIVERSITY OF DAYTON SCHOOL OF LAW

CHAIRMAN ----- DR. MARTIN LUTHER KING, JR., MEMORIAL COMMITTEE ----- a committee charged with developing a concept of a suitable memorial to Dr. King.

MEMBER, BOARD OF TRUSTEES ----- MONTGOMERY COUNTY VOLUNTEER LAWYERS PROJECT ----- an organization conceived and operated to provide legal services to indigents in all aspects of civil law; the organization supplements the work done by our local Legal Aid Society.

CO-CHAIRPERSON ----- DAYTON DIALOGUE ON RACE RELATIONS ----- an organization dedicated to racial reconciliation through understanding and action.

CO-CHAIRPERSON ----- COMMUNITY-WIDE RE-ENTRY TASK FORCE ----- a group of service providers, criminal justice professionals and community leaders tasked with development and implementation of a protocol and programs to facilitate successful return of ex-offenders from incarceration to become contributing, taxpaying members of the community.

MEMBER, AMERICAN VETERANS HERITAGE COMMISSION ----- a group tasked with planning and developing the rehabilitation of the Dayton Veterans Affairs Campus and including thereon a museum to honor the contributions of America's veterans to their communities in times of peace, as well as in times of war.

| Name of Person Reporting | Date of Report |
| --- | --- |
| RICE, WALTER H | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544